UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. SACV 15-01483-JLS (JCG)             Date: November 19, 2015

Title: Jennifer Castillo v. General Motors LLC

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                            Not Present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE ("OSC")**
                              **ORDER CONTINUING SCHEDULING CONFERENCE**

      On September 16, 2015, the Court set a scheduling conference for November 20, 2015, and ordered counsel to file their Joint 26(f) Report in advance of the scheduling conference. (*See* Doc. 8.) In the Order Setting Scheduling Conference, the Court expressly cautioned counsel that **"[a] proposed Scheduling Order without a fully completed Exhibit A will be rejected by the Court and may subject the parties to sanctions."** (*Id.* at 2, emphasis in the original.) The Order attached a blank Exhibit A. (*Id.* at 6.) The Joint Rule 26(f) Report filed by the parties did not include a completed Exhibit A. (Doc. 9.)

      No later than November 25, 2015, counsel shall file an Amended Joint Rule 26(f) Report with a fully completed Exhibit A. Failure to do so may result in the imposition of monetary or other sanctions. (*See* Fed. R. Civ. P. 16(f).)

      The Court CONTINUES the Scheduling Conference to December 4, 2015 at 1:30 p.m.

      **IT IS SO ORDERED.**

                                                                             Initials of Preparer: tg